and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Stacy Lynn ARENA, Defendant– Appellant.**

No. 01–6798.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Stacy Lynn Arena, pro se. Janet S. Reincke, Office of the United States Attorney, Norfolk, VA, for appellee.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Stacy Lynn Arena appeals from the district court's order denying her motion for modification of sentence, 18 U.S.C. § 3582(c)(2) (1994). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Arena,* No. CR–95–26 (E.D.Va. Apr. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*

**Benny Edward LEE, Petitioner– Appellant,**

v.

**D. Scott DODRILL, Warden, L.S.C.I. Butner, Respondent–Appellee.**

No. 01–6847.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Benny Edward Lee, pro se.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Benny Edward Lee appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. We note that, even if the district court had jurisdiction to review Lee's claim under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the sentence would not be in error because his 108 month sentence did not exceed the applicable statutory maximum. *See United States v. Angle,* 254 F.3d 514 (4th Cir.), *cert. denied,* 2001 WL 995333

(U.S. Oct.1, 2001) (No. 01–5838). Thus, any such claim would lack merit. We affirm on the reasoning of the district court. *Lee v. Dodrill,* No. CA–01–167–5–3F (E.D.N.C. Apr. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*